1983 Form

# In the United States District Court
# For the Northern District of Alabama

Michael Van Riggs #196017 02-3B
565 Bibb Lane
Brent, Al. 35034

CV-16-HA-1502-W

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v

Col Sewell / Col Shell
Sgt. Sealy / Lt. Terry Wilson
Warden Willie Bennett, Warden
Thomas Captain John Hutton

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✔)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Bibb County correctional

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not?  No grievance procedure

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  Michael Van Riggs #196017 A2-5B

   Address  565 Bibb Lane Brent, Al. 35034

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Willie Bennett, Warden Thomas, Warden Toney
   is employed as Wardens I II & III
   at Bibb County Correctional

C. Additional Defendants COI Sewell, COI Shell, Sgt. Sealy Lt. Wilson, Captain John Hutton, Warden Thomas, Warden Toney

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I claim on 8-21-2016 All defendants involved were deliberately indifferent to my safety. I brought it to their attention on 3 seperate occassions that I had enemies in B3. They forced me to go back into the bay knowing an altercation was taking place. I was jumped by 8-10 inmates. Stabbed in my face and leg. Had 4 brooms broken over my head and back and beat severely. At approxiately 4:10 PM COI Shell and Sewell watched an inmate hit me in the face with a boot and another one punch me twice. I left the dorm this 3rd time and spoke with Sgt. Sealy informed him of

-3-

incident also let him know, I feared for my safety. He radioed Lt. Wilson who informed him to make me return to my dorm. Sgt. Sealy, Col Sewell, Col Shell physically escorted me back into the dorm. Col Sewell told inmates involved to wait till shift change. at 6:15 PM 15 minutes after shift change incident occurred.

V. **RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Transfer away from this Camp ASAP. and monetary rewards.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                         (date)

                                                                                    "

                                                                        Signature(s)

- 4 -